JAMES R. HOMOLA  #60244
Attorney at Law
2950 Mariposa, Suite 250
Fresno, California 93721
Telephone: (559) 441-7111
Facsimile: (559) 441-7115

Attorney for Defendant
DEVIN BRISCO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No 1: 22 CR 235 DAD |
|---|---|
| Plaintiff, | MOTION TO TERMINATE CJA APPOINTMENT OF JAMES R. HOMOLA |
| V. | AS ATTORNEY OF RECORD AND ORDER |
| DEVIN BRISCO, | |
| Defendant. | |

    On November 1, 2024, a Petition for Violation of Supervised Release was filed, alleging five violations of conditions of supervised release, including possession and use use of a controlled substance, failure to notify of a law enforcement contact and new law violations, including possession of a controlled substance with intent to distribute and grand theft under state law. On December 3, 2024, EFFECTIVE November 21, 2024, Magistrate Judge Oberto appointed attorney James R. Homola to represent Mr. BRISCO. On December 18, 2024, Mr BRISCO admitted TO Counts 3 and 5 of the charges, the remaining charges to be dismissed at sentencing.

    On January 8, 2025, Mr. BRISCO's supervised release was revoked by District Court Judge Drozd, and he was sentenced to 8 months in custody, with 28 months supervised release to follow.

Mr. BRISCO is in BOP custody. There is no further action to be taken in this matter. Having completed his representation of Mr. BRISCO, CJA attorney James R. Homola now moves to terminate his appointment under the Criminal Justice Act.

Dated: February 20, 2025          Respectfully submitted,

/s/ James R. Homola
JAMES R. HOMOLA
Attorney for Defendant
DEVIN BRISCO

**ORDER**

Having reviewed the notice, and finding that attorney James R. Homola has completed the services for which he was appointed, the Court hereby grants attorney James R. Homola's request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California, at 2300 Tulare Street, Suite 330, Fresno California 93721.  The telephone numbers for that office are (559) 487-5561 (collect) or (858) 656-4360 (toll free).  If appropriate the office will arrange for the appointment of counsel to assist the Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant BRISCO at the following address, and to update the docket to reflect Defendant's status and contact information.

    DEVIN BRISCO
    Taft MCCF
    330 Commercial Way,
    Taft, CA 93268

IT IS SO ORDERED.

Dated: __**March 3, 2025**__                    _____
                                                UNITED STATES DISTRICT JUDGE